In the Matter of THERESA BOBINSKI, Appellant, against KONRAD BOBINSKI, Respondent.

Submitted May 23, 1955; decided June 2, 1955.

*Solomon Raffe* for motion.

*Bernard Meyerson* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from is not appealable by permission of the Court of Appeals (Civ. Prac. Act, § 589, subd. 1, par. [b]).